179 So.2d 272

**Cecilia Jean HAWKINS, individually and as natural tutrix and administratrix of her minor children,**

**v.**

**EMPLOYERS CASUALTY COMPANY et al.**

**No. 47927.**

Nov. 8, 1965.

In re: Cecilia Jean Hawkins, individually, etc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 177 So.2d 613.

Writ refused. We find no error of law in the judgment complained of.